UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR,<br><br>Plaintiff(s),<br><br>v.<br><br>DASHAMAA, LLC,<br><br>Defendant(s). | C.A. No. 20-12247-AK |

ORDER OF DISMISSAL

A. KELLEY, D.J.

In accordance with the Court's order dated December 17, 2021 (Dkt. No. 6), Order to Show Cause and Plaintiff's failure to respond to said order, it is hereby ORDERED, that the above-entitled action be DISMISSED.

By the Court:
Robert Farrell, Clerk

1/18/2022

/s/ Miguel A. Lara
Deputy Clerk